No. 349. SILVERIO v. MUNICIPAL COURT OF THE CITY OF BOSTON ET AL. Sup. Jud. Ct. Mass. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *David Berman* and *John F. Zamparelli* for petitioner. *Robert H. Quinn*, Attorney General of Massachusetts, and *John Wall* and *Edward W. Hanley III*, Assistant Attorneys General, for respondent Municipal Court of the City of Boston.

No. 393. CLEVELAND BOARD OF EDUCATION v. MASHETER, DIRECTOR OF HIGHWAYS. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Donald J. Guittar* for petitioner. *Paul W. Brown*, Attorney General of Ohio, and *I. Charles Rhoads*, Assistant Attorney General, for respondent.

No. 200. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL. v. NATIONAL MEDIATION BOARD ET AL.; and

No. 206. BROTHERHOOD OF LOCOMOTIVE ENGINEERS v. NATIONAL MEDIATION BOARD ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions. *Francis M. Shea, Richard T. Conway, William H. Dempsey, Jr., David W. Miller*, and *James A. Wilcox* for petitioners in No. 200, and *Harold A. Ross* for petitioner in No. 206. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Robert V. Zener*, and *Walter H. Fleischer* for respondent National Mediation Board, and *Joseph L. Rauh, Jr., John Silard, Daniel H. Pollitt, Elliott C. Lichtman*, and *Isaac N. Groner* for respondent Brotherhood of Locomotive Firemen & Enginemen, in both cases. Reported below: 133 U. S. App. D. C. 326, 410 F. 2d 1025.